UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| EMILIE GILLES,<br>　　　　　　Plaintiff<br><br>　　　v.<br><br>PROGRESSIVE ADVANCED INSURANCE<br>COMPANY a/k/a PROGRESSIVE CASUALTY<br>INSURANCE COMPANY,<br>　　　　　　Defendant | :<br>:<br>:<br>:　No. 5:25-cv-5429<br>:<br>:<br>:<br>:<br>: |

_____

# **O R D E R**

**AND NOW**, this 17th day of December, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss, *see* ECF No. 8, is **GRANTED** as follows:

    a. Count II **DISMISSED without prejudice**.

    b. **Within twenty (20) days of the date of this Order**, Plaintiff may file an amended complaint as to Count II.

2. If Plaintiff fails to timely file an amended complaint, Count II will be dismissed with prejudice and the matter will proceed on Count I only.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge